UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 23-24632-CV-WILLIAMS

KAMILLE BENOIT-PREVOST,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

**JOINT RESPONSE TO ORDER REQUIRING EXPLANATION
OF THE PARTIES' JOINT NOTICE SCHEDULING MEDIATION**

On February 23, 2024, the parties filed their Joint Notice Scheduling Mediation, in which they announced that they'd chosen Ms. Laura Bonn to serve as their mediator and that the mediation would take place on July 7, 2024 (ECF No. 13). That date was wrong—it should have been July *2*, 2024; the correct date appeared on the Amended Notice of Mediation that was filed that same day (ECF No. 12).

On February 23, 2024, after those two mediation notices had been filed, the Court issued an Order (ECF No. 14) requiring the parties, among other tasks, to file responses to three questions the Court presented concerning the parties' choice of mediator. The parties' responses are as follows:

**Response to Questions 1 and 2**: Ms. Bonn is not on the Southern District of Florida's Certified Mediators' list.

**Response to Question 3**: The Court's Scheduling Order clearly advises parties to "select a mediator certified *under Local Rule 16.2(b)*." Scheduling Order § II (emphasis added), ECF No. 11. Although the parties' chosen mediator, Ms. Bonn, *is* a certified mediator in Florida, she

is not a mediator certified under Local Rule 16.2(b), so, under the Court's Scheduling Order, the parties should not have selected Ms. Bonn to serve as mediator in this case (absent leave of Court). Undersigned counsel for the Plaintiff is responsible for this error, for it was he who failed to consult the Southern District of Florida list before advising defense counsel of his choice of Ms. Bonn. Plaintiff's counsel made this error because Ms. Bonn has served as mediator in many federal cases he has handled—and she has always performed excellently in that role—so, out of habit and because of preference, he chose Ms. Bonn as mediator here. His error was caused by his failure to closely read the first paragraph of section II of the Scheduling Order, which directed him to consult the Southern District of Florida's Certified Mediator List. In the future the parties will fully comply with the Court's Orders and with the Federal Rules of Civil Procedure, the Local Rules for the Southern District of Florida, and the Court's Practices and Procedures.

The parties have now chosen a different mediator, Ms. Cori Flam Meltzer, to serve as mediator in this case, so today the parties will file their new joint Notice Scheduling Mediation. Today the parties will also file notices striking the two mediation notices that were filed on February 23, 2024.

Dated: March 1, 2024

Respectfully submitted,

| | |
|---|---|
| Peter G. Walsh (Florida Bar No. 970417) | Todd L. Sussman (Florida Bar No. 0084729) |
| pwalsh@1800askfree.com | tsussman@nclcorp.com |
| David W. Singer & Associates, PA | Norwegian Cruise Line |
| 1011 South Federal Highway | 7665 Corporate Center Drive |
| Hollywood, FL 33020 | Miami, FL 33126 |
| 954-920-1571 | 305-436-4653 |
| Attorneys for Plaintiff, Kamille Benoit-Prevost | Attorney for Def., NCL (Bahamas) Ltd. |