UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 23-24632-CV-WILLIAMS

KAMILLE BENOIT-PREVOST,

      Plaintiff,

v.

NCL (BAHAMAS) LTD.,

      Defendant.
_____/

**JOINT NOTICE STRIKING MEDIATION NOTICES**

The parties strike the Joint Notice Scheduling Mediation (ECF No. 13) that was filed on February 23, 2024, because it contains the wrong mediation date and because the parties have decided to employ a different mediator.

The parties also strike the Amended Notice of Mediation (ECF No. 12) that was filed on February 23, 2024, because the parties have decided to employ a different mediator.

Dated: March 1, 2024

Respectfully submitted,

| | |
|---|---|
| Peter G. Walsh (Florida Bar No. 970417) | Todd L. Sussman (Florida Bar No. 0084729) |
| pwalsh@1800askfree.com | tsussman@nclcorp.com |
| David W. Singer & Associates, PA | Norwegian Cruise Line |
| 1011 South Federal Highway | 7665 Corporate Center Drive |
| Hollywood, FL 33020 | Miami, FL 33126 |
| 954-920-1571 | 305-436-4653 |
| Attorneys for Plaintiff, Kamille Benoit-Prevost | Attorney for Def., NCL (Bahamas) Ltd. |