UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CV-24632-GOODMAN

CONSENT CASE

KAMILLE BENOIT-PREVOST,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

## Plaintiff's Counsel's Unopposed Motion for Leave to Withdraw

    This Motion is brought under Local Rule 11.1(d)(3)(A). Plaintiff's counsel Peter G. Walsh has left the employ of David W. Singer & Associates PA, and joined a new law firm. He filed a notice of change of law firm and change of address on March 9, 2025. He now seeks leave of court to withdraw from representing the Plaintiff in this action. The Plaintiff remains represented by the able attorneys of David W. Singer & Associates, PA, 1011 South Federal Highway, Hollywood, FL 33020.

    As required by Local Rule 7.1(a)(2), a proposed order is filed with this Motion and is being sent to the Court by email.

### Certificate of Prefiling Conference: No Objection

    I certify that I have conferred with defense counsel about this Motion, and I certify that she has advised she does not object to this Motion.

    Respectfully submitted,

**Peter G. Walsh**
Peter G. Walsh (Fla. Bar No. 970417)
pwalsh@thecruiseinjurylawfirm.com
The Cruise Injury Law Firm PA

2915 Biscayne Blvd., Suite 300
Miami, FL 33137
786-877-2411
Attorney for Plaintiff, Kamille Benoit-Prevost